ARCH LEGAL, P.C.
Vilmarie Cordero (SBN 268860)
vcordero@archlegal.com
3555 Fifth Avenue Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile:  619.692.0822

Attorney for Plaintiff Mark Hendrickson

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HENDRICKSON, individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.: 3:23-cv-00110-AJB-BJW<br><br>**CLASS AND REPRESENTATIVE ACTION**<br><br>**NOTICE OF SETTLEMENT, REQUEST TO VACATE DATES, AND SET A HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Crtrm:   4A<br>Judge:   Hon. Anthony J. Battaglia<br><br>Complaint Filed: December 14, 2022<br>Removal Date: January 20, 2023<br>FAC Filed: March 3, 2023<br>SAC Filed: July 10, 2023<br>TAC Filed: January 2, 2024<br>4AC Filed: June 25, 2024<br>Trial Date: None set |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that following the parties' attendance at a private mediation held on February 12, 2026, Plaintiff Mark Hendrickson ("Plaintiff") and Defendant Wal-Mart Associates, Inc. ("Defendant") have reached an agreement in principle to resolve all claims between the parties in the *Mark Hendrickson v. Wal-Mart Associates, Inc.* matter, United States District Court for the Southern District of California, case number 3:23-cv-00110-AJB-BJW. The parties' settlement includes resolution of Plaintiff's claim under California's Unfair Competition Law that was remanded back to the San Diego County Superior Court on November 26, 2024. Plaintiff and Defendant are in the process of drafting and executing a Memorandum of Understanding and the formal settlement agreement. The parties anticipate having a final and signed formal settlement agreement within thirty (30) days.

On February 5, 2026, Defendant filed its Motion for Summary Judgment, with a noticed hearing date of May 21, 2026. On February 6, 2026, Plaintiff filed his Motion for Class Certification, which was also noticed for hearing on May 21, 2026. In light of the parties' settlement, Plaintiff requests these two motion hearings be vacated. Plaintiff anticipates filing his motion for preliminary approval of settlement within thirty (30) days of full execution of the formal settlement agreement. Therefore, Plaintiff respectfully requests this Court reserve May 21, 2026, for the hearing on Plaintiff's motion for preliminary approval of settlement, instead of Defendant's Motion for Summary Judgment and Plaintiff's Motion for Class Certification. Plaintiff further respectfully requests that all other dates and deadlines in this action be vacated in light of the parties' settlement.

Respectfully submitted,

Dated: February 18, 2026			ARCH LEGAL, P.C.

By: */s/ Vilmarie Cordero*
VILMARIE CORDERO
Attorney for Plaintiff Mark Hendrickson

ARCH LEGAL, P.C.
3555 FIFTH AVENUE, SUITE 200
SAN DIEGO, CALIFORNIA 92103

2
NOTICE OF SETTLEMENT, REQUEST TO VACATE DATES, AND SET A HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT