

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HENDRICKSON,<br><br>                                    Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>                                    Defendants. | Case No.: 23-cv-00110-AJB-BJW<br><br>**ORDER DENYING REQUEST TO VACATE DATES AND SET A HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>**(Doc. No. 89)** |

Before the Court is Plaintiff Mark Hendrickson's ("Hendrickson") Notice of Settlement, Request to Vacate Dates, and Set a Hearing on Plaintiff's Motion for Preliminary Approval of Settlement. (Doc. No. 89.) Hendrickson explains that he and Defendant Wal-Mart Associates, Inc. ("Wal-Mart") "have reached an agreement in principle to resolve all claims between the parties" and that the parties "anticipate having a final and signed formal settlement agreement within thirty (30) days." (*Id.* at 2.) Given these circumstances, Hendrickson requests that the Court vacate the May 21, 2026 hearings on Wal-Mart's motion for summary judgment (Doc. No. 85) and Hendrickson's motion to certify class (Doc. No. 86). (Doc. No. 89 at 2.) Hendrickson further requests that the court vacate all other dates and deadlines in this action. (*Id.*) Hendrickson additionally requests

that the Court "reserve May 21, 2026, for the hearing on [Hendrickson's anticipated] motion for preliminary approval of settlement." (*Id.*)

Pursuant to Federal Rule of Civil Procedure 7(b)(1), a "request for a court order must be made by motion." Because these requests for relief do not comply with this requirement, Hendrickson's Request to Vacate Dates and Set a Hearing on Plaintiff's Motion for Preliminary Approval of Settlement is **DENIED**. Hendrickson may renew his requests in a motion that complies with Rule 7(b)(1). If the motion is not filed jointly, the Court will then set a briefing schedule. Additionally, the Court will provide a hearing date for Hendrickson's anticipated motion for preliminary approval of settlement on the day that Hendrickson files said motion. J. Battaglia Civ. Case Proc. § III.B.

**IT IS SO ORDERED.**

Dated:  February 18, 2026

Hon. Anthony J. Battaglia
United States District Judge

23-cv-00110-AJB-BJW