

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HENDRICKSON,<br><br>                              Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., et al.,<br><br>                              Defendants. | Case No.:  23-cv-00110-AJB-BJW<br><br>**ORDER** |

On February 18, 2026, Plaintiff Mark Hendrickson ("Hendrickson") and Defendant Wal-Mart Associates, Inc., ("Wal-Mart") notified the Court that the parties had reached an agreement in principle to resolve all pending claims in this matter. (Doc. No. 89.) The parties indicated that they "anticipate[d] having a final and signed formal settlement agreement within thirty (30) days," or by Friday, March 20, 2026. (*Id.* at 2.) The parties accordingly asked the Court to vacate the pending deadlines and hearings in the matter, including those for Wal-Mart's motion for summary judgment (Doc. No. 85) and Hendrickson's motion to certify class (Doc. No. 86). (*See also* Doc. No. 87.) The Court granted the parties' request once they filed a motion that complied with the requirements of Federal Rule of Civil Procedure 7(b)(1). (Doc. Nos. 90; 92; 93.)

As of the date of this order, the parties have not moved for preliminary approval of a class settlement agreement, nor have the parties requested a hearing date for such a

motion. (*See* Doc. No. 94 (instructing parties to confer and contact the Court "to obtain a motion hearing date for Preliminary Approval of the Class Settlement").)

Given the lack of any apparent progress, the Court **SETS** the following deadlines:

1.  On or before **April 13, 2026**, the parties must file a joint motion for preliminary approval of the class action settlement.

2.  If the parties fail to comply with the April 13, 2026 deadline,

    A.  On or before **April 20, 2026**, Hendrickson must file a response to Wal-Mart's motion for summary judgment (Doc. No. 85) and Wal-Mart must file a response to Hendrick's motion to certify class (Doc. No. 86);

    B.  On or before **April 27, 2026**, Wal-Mart may file a reply to Hendrickson's response and Hendrickson may file a reply to Wal-Mart's response;

    C.  No sur-replies will be accepted; and

    D.  A motions hearing is **SET** for **July 2, 2026 at 10:00 AM** in Courtroom 4A before the undersigned.

**IT IS SO ORDERED.**

Dated:  April 6, 2026

Hon. Anthony J. Battaglia
United States District Judge